UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**MARJORIE AITKEN**

**v.**                                                    **CIVIL ACTION NO. 21-11947-DJC**

**STAPLES, INC.**

## ORDER TO SHOW CAUSE

s

CASPER, D.J.

Deadline for filing opposition to defendant's motion to dismiss was April 18, 2022. Plaintiff has failed to file opposition by this deadline. Accordingly, plaintiff has until May 13, 2022 to show cause why this case should not be dismissed and file any opposition to the pending motion. Failure to do so may result in immediate dismissal of this case.

April 21, 2022

/s/ Lisa M. Hourihan

-------------------------

Deputy Clerk